# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
OCT 28 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>USPS Priority Mail 2-Day Parcel with tracking #9405 5102 0088 1358 4000 65 addressed to "Outdoor Living Enterprises, 702 Mangrove Ave #303, Chico, CA 95926" | Case No. 2:14 - SW 0597 KJN<br><br>**SEALED** |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

located in the ___EASTERN___ District of ___CALIFORNIA___, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1); | Distribution and possession with intent to distribute a controlled substance; |
| 21 U.S.C. § 843(b); | Illegal use of the mails in furtherance of narcotic trafficking; and |
| 21 U.S.C. § 846 | Attempt and conspiracy to commit the foregoing offenses |

The application is based on these facts:

See Affidavit of Postal Inspector Michael Chavez in Support of Search Warrant

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Michael Chavez, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___10/23/2014___

*Judge's signature*

City and state: ___Sacramento, California___   Hon. Kendall J. Newman, U.S. Magistrate Judge
*Printed name and title*

## **Affidavit of Postal Inspector Michael Chavez**

I, Michael Chavez, being duly sworn, hereby depose and state:

## **Purpose**

1. This Affidavit is made in support of a search warrant for a:

   a. USPS Priority Mail 2-Day Parcel with tracking #9405 5102 0088 1358 4000 65 addressed to "Outdoor Living Enterprises, 702 Mangrove Ave #303, Chico, CA 95926-3948" (hereinafter referred to as "**THE PARCEL**").

   **THE PARCEL** is in the temporary custody of the United States Postal Inspection Service ("USPIS") and is described more particularly in Attachment A, which is attached hereto and fully incorporated herein. I believe there is probable cause to believe that **THE PARCEL** contains evidence, fruits, proceeds, or instrumentalities of violations of 21 U.S.C. § 841(a)(1) (distribution, and possession with intent to distribute, a controlled substance), 21 U.S.C. § 843(b) (illegal use of the mails in furtherance of narcotic trafficking), and 21 U.S.C. § 846 (attempt and conspiracy to commit the foregoing offenses). The evidence, fruits, and instrumentalities to be searched for are more fully described in Attachment B, which is attached hereto and incorporated fully herein.

## **Agent Background**

2. I have been a Postal Inspector since February 2006. I am currently assigned to the Sacramento Domicile, San Francisco Division, of the United States Postal Inspection Service. My current assignment is to investigate the unlawful transportation of contraband, including controlled substances and proceeds of the sale of controlled substances, through the United States Mail. I attended the United States Postal Inspection Service Basic Inspector Training in Potomac, Maryland. Additionally, I have completed a forty-hour Prohibited Mailings Narcotics training program through the United States Postal Inspection Service. Through my training, experience, and interaction with other experienced Postal Inspectors, Task Force Officers, and other drug investigators, I have become familiar with the methods employed by drug traffickers to smuggle, safeguard, store, transport, and distribute drugs; to collect and conceal drug-related proceeds; and to communicate with other participants to accomplish such objectives. I have received specialized training in narcotics investigation matters including, but not limited to, drug interdiction, drug detection, money laundering techniques and schemes, and drug identification from the Postal Inspection Service.

1

3. I have participated in numerous investigations targeting individuals and organizations trafficking heroin, cocaine, marijuana, methamphetamine, and other controlled substances. During the course of these investigations, I have become familiar with the manner in which drug traffickers use the mail to conduct their illegal operations. I have written at least fifty search warrants related to parcel interdiction efforts.

4. I am a "Federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, that is, a federal law enforcement agent engaged in enforcing criminal laws and authorized to request a search warrant.

5. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## Statement of Probable Cause

6. On October 22, 2014, **THE PARCEL** was received at The UPS Store #1244, 702 Mangrove Avenue, Chico, CA. The staff at the UPS Store, having interacted previously with law enforcement relative to the address on **THE PARCEL**, contacted law enforcement. Subsequently **THE PARCEL** was turned over to law enforcement.

7. During a visual and physical examination of **THE PARCEL**, I noticed several anomalies that my training and experience have shown are characteristics of parcels containing controlled substances and/or proceeds of narcotics trafficking.

8. **THE PARCEL** was sent by Priority Mail with an assigned tracking number. Priority Mail parcels are assigned a tracking number that allows the sender, recipient, or anyone else with the tracking number to identify the parcel's location in the mail stream.

9. A search for the sender name and address on **THE PARCEL**, "B.B. Unlimited, 3113 Ocean Gateway Suite 2A, Cambridge, MD 21613" was conducted using Clear, a database used by law enforcement to verify names, addresses and telephone numbers. The search confirmed this address is a true address. However, no business named B.B. Limited (or similar) currently associates with this address. Additional internet searches (Google) were conducted on this business name and address by law enforcement with negative results. Based on my training, experience, and conversations with other law enforcement officers, I know that individuals trafficking controlled substances or proceeds from controlled substances will often use fictitious names, fictitious business names, fictitious addresses, previous addresses, abbreviations in names and incorrect or incomplete phone numbers and addresses in an effort to remain anonymous.

2

10. A search for the intended recipient name and address on **THE PARCEL**, "Outdoor Living Enterprises, 702 Mangrove Ave #303, Chico, CA 95926-3948" was conducted using Clear, a database used by law enforcement to verify names, addresses and telephone numbers. The search confirmed this address is a true address. Also, this address is known to law enforcement to be a Commercial Mail Receiving Agency (CMRA). Specifically a UPS Store which rents post office boxes for a fee. However, no business named Outdoor Living Enterprises currently associates with this address. Additional internet searches (Google) were conducted on this business name and address by law enforcement with negative results. Based on my training, experience, and conversations with other law enforcement officers, I know that individuals trafficking controlled substances or proceeds from controlled substances will often use CMRA's, fictitious names, fictitious business names, fictitious addresses, previous addresses, abbreviations in names and incorrect or incomplete phone numbers and addresses in an effort to remain anonymous.

11. Additionally, your affiant is aware that the current box holder of box number 303 (intended recipient) is the target of a federal investigation related to illegal narcotics trafficking.

12. On October 14, 2014, Sacramento County Sheriff's Detective Dustin Silva utilized his narcotic-detection trained canine "Bosa" to sniff **THE PARCEL**. At the time, **THE PARCEL** was located at the Royal Oaks Post Office located in Sacramento, CA. **THE PARCEL** was placed on the floor among other postal equipment and parcels. At approximately 9:20 AM, Silva led Bosa to the general area where the parcel was located and removed his leash. Bosa searched the area without being led and was able to wander and search the area alone. When Bosa came to the area where **THE PARCEL** was located, Detective Silva related that Bosa visibly and positively alerted and reacted consistent with the odor of narcotics or drug proceeds emanating from the package.

13. Sacramento Sheriff Detective Dustin Silva has been a full-time sworn peace officer in the State of California since 1999 and is currently employed by the Sacramento County Sheriff's Office as a Detective. Currently Silva is assigned to the Impact Division as a narcotics detective. The Impact Division is responsible for the investigation of large scale drug trafficking organizations, within the state of California and internationally.

14. Bosa was born on June 21, 2012 and is a Belgian Malinois. He has been assigned to the Narcotics Investigation Division since October of 2013. Bosa has certified 100% proficient in all required certifications. Bosa is certified in the detection of Marijuana, Heroin, Methamphetamine, and Cocaine.

15. Bosa's "alert" consists of physical and/or mental reactions which include a heightened emotional state, sitting, and/or biting at the location where the narcotic odor is emanating from. Bosa is very

3

toy driven and was trained to sit and wait to be rewarded for the find by the handler. Bosa is constantly involved in weekly training sessions where known controlled substances, containers, and/or paraphernalia are routinely hidden. Additionally, "proofing" exercises are conducted to insure Bosa" does not alert to items such as: food, tape, baggies, gloves, plastic wrap, circulated, and non-circulated currency. Bosa regularly trains on vehicles, houses, buses, vehicles, trains, parcels and suitcases. Therefore, it is the opinion of Detective Silva that based on Bosa's positive alerts, **THE PARCEL** contains drugs, paraphernalia, or currency that has been recently subjected to or stored with one of the narcotic substances Bosa is trained to detect and is thus grossly contaminated. This odor, in residual form (billionths of a gram), is present on everyday circulated currency but not in the amount Bosa has been trained to detect.

## A.     Methods and Means of Using the United States Mail

16. Based on my experience, training, and discussions with other law enforcement officers experienced in drug investigations, I know that certain indicators exist when persons use the United States Mail to ship controlled substances from one location to another. Indicators for parcels that contain controlled substances and/or proceeds from controlled substances include, but are not limited to, the following:

    a. It is common practice for shippers of the controlled substances to use Express Mail and Priority Mail because the drugs arrive at the destination more quickly and on a predictable date. Express Mail and Priority Mail, when paired with a special service such as delivery confirmation, allow traffickers to monitor the progress of the shipment of controlled substances. Traffickers pay for the benefit of being able to confirm the delivery of **THE PARCEL** by checking the Postal Service Internet website and/or calling the local post office.

    b. Packages containing controlled substances or proceeds, in many instances, contain a fictitious address, incomplete address, no address (such as General Delivery), a return address that is the same as the addressee address, or a return address that does not match the place from which the parcel was mailed. These packages are also sometimes addressed to or from a commercial mail receiving agency (e.g. Mail Boxes Etc, The UPS Store.). A shipper may also mail the parcel containing controlled substances from an area different from the return address on the parcel because: (1) the return address is fictitious; and/or (2) the shipper is attempting to conceal the actual location from which the parcel was mailed. These practices are used by narcotics traffickers to hide from law enforcement officials the true identity of the persons shipping and/or receiving the controlled substances or proceeds.

    c. Individuals involved in the trafficking of controlled substances through the United States Mail will send and receive Express or Priority mailings on a more frequent basis than a normal postal customer. Drug traffickers exhibit a higher rate of using Express Mail and Priority Mail due to their frequent exchanges of controlled substances and the proceeds from the sale of these controlled substances.

    d. In order to conceal the distinctive smell of controlled substances from narcotics detection dogs, these packages tend to be wrapped excessively in bubble-pack and wrapping plastic, and are sometimes sealed with the use of tape around all seams. In addition, the parcels often contain other smaller parcels which are carefully sealed to prevent the escape of odors. Perfumes, coffee, dryer sheets, tobacco, or other substances with strong odors are also sometimes used to mask the odor of the controlled substances being shipped. Drug traffickers will often use heat/vacuum sealed plastic bags, and/or re-sealed cans in an attempt to prevent the escape of orders.

    e. California is typically a source state for drugs, especially marijuana. It is common for individuals in California to mail parcels containing narcotics to other states and then receive mail parcels containing cash payments in return.

17. Based on my training and experience, I know that parcels shipped by drug traffickers sometimes contain information and documentation related to the sales and distribution of controlled substances. The documentation can include, but is not limited to, information and instructions on the breakdown and distribution of the controlled substances at the destination; information on the use and effects of the various controlled substances; information about the actual sender; pay/owe sheets; and information and instructions for ordering future controlled substances.

18. Drug traffickers who use the United States Mail and other carriers as a means of distributing controlled substances, paraphernalia, and proceeds, and as a means of communicating with co-conspirators often include the following in parcels relating to their trafficking activity, all of which are evidence, fruits, proceeds, and/or instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846:

    f. Controlled substances, including heroin, cocaine, methamphetamine, and marijuana.

5

g. Packaging, baggies, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, or other substances with a strong odor.

h. Records reflecting the mailing or receipt of packages through Express Mail, Priority Mail, Federal Express, UPS or any other common carrier.

i. United States and foreign currency, securities, precious metals, jewelry, stocks, bonds, in amounts exceeding $500, including financial records related to the laundering of illicitly obtained monies and/or other forms of assets, including United States currency acquired through the sales, trafficking, or distribution of controlled substances.

j. Records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substances, including but not limited to books, receipts, notes, ledgers, pay and owe sheets, correspondence, records noting price, quantity, date and/or times when controlled substances were purchased, possessed, transferred, distributed, sold or concealed.

k. Records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, telegrams, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates and conspirators in controlled substance trafficking activities.

l. Indicia or other forms of evidence showing dominion and control, or ownership of mail parcels, locations, vehicles, storage areas, safes, lock boxes, and/or containers related to the storage of controlled substances or proceeds.

## Request for Sealing

19. It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrant. I believe that sealing this document is necessary because the items and information to be searched are relevant to an ongoing investigation into a criminal organization. Based upon my training and experience, I have learned that criminals actively search for criminal affidavits and search warrants via the internet, and disseminate them to other criminals as they deem appropriate, i.e., post them publicly online. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its

effectiveness, the targets of the on-going investigation may change their patterns of behavior or take steps to destroy evidence.

## Conclusion

20. Based on the facts set forth in this Affidavit, I believe there is probable cause that evidence, fruits, proceeds, or instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846 are concealed in the parcels. Accordingly, I respectfully request the issuance of a search warrant authorizing the search of **THE PARCEL** described in the Attachment A and more fully described in Attachment B. Agents will not seize any tangible items or property in connection with this warrant. I also request that this affidavit be sealed and that notice to the recipient be delayed.

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

MICHAEL CHAVEZ
United States Postal Inspector


Sworn and Subscribed to me on October 23, 2014,

Hon. KENDALL J. NEWMAN
United States Magistrate Judge

Approved as to form:

JUSTIN LEE
Assistant United States Attorney

7

## ATTACHMENT A

### *Description of the Parcel to be Searched*

One USPS Priority Mail Parcel (**THE PARCEL**), measuring approximately 12 ½" x 9 ½" weighing approximately 6 ounces, sent via Priority Mail 2-Day with tracking number 9405 5102 0088 1358 4000 65. **THE PARCEL** is addressed to "Outdoor Living Enterprises, 702 Mangrove Ave #303, Chico, CA 95926-3948" with a return address of "B.B. Unlimited, 3113 Ocean Gateway Suite 2A, Cambridge, MD 21613. **THE PARCEL** bears a single adhesive endicia.com label with meter number 071V00906603, mailed from zip code 21613, in the amount of $5.05.

**THE PARCEL** is currently in USPIS possession in the Eastern District of California.

# ATTACHMENT B

### *List of Items to be Seized*

The following items constitute evidence, fruits, proceeds, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

1. Controlled substances of any kind, including but not limited to heroin, cocaine, methamphetamine, and/or marijuana.

2. Packing, packaging, baggies, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, or other substances with a strong odor.

3. Any and all records reflecting the sending or receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, or any other common carrier.

4. United States and foreign currency, securities, precious metals, jewelry, stocks, bonds, in amounts exceeding $500, including any and all financial records to facilitate the investigation of the laundering of illicitly obtained monies and/or other forms of assets, including United States currency acquired through the sales, trafficking, or distribution of controlled substances.

5. Records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substances, including but not limited to books, receipts, notes, ledgers, pay and owe sheets, correspondence, records noting price, quantity, date and/or times when controlled substances were purchased, possessed, transferred, distributed, sold or concealed.

6. Records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, telegrams, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates and conspirators in controlled substance trafficking activities.

7. Indicia or other forms of evidence showing dominion and control, or ownership of mail parcels, locations, vehicles, storage areas, safes, lock boxes, and/or containers related to the storage of controlled substances or proceeds.