```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
```



FILED

OCT 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING<br><br>**USPS Priority Mail 2-Day Parcel with tracking #9405 5102 0088 1358 4000 65 addressed to "Outdoor Living Enterprises, 702 Mangrove Ave #303, Chico, CA 95926-3948"** | 2:14-SW 0597 KJN<br><br>SEALING ORDER<br><br><u>UNDER SEAL</u><br><br>**SEALED** |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: October 23, 2014

_____
Hon. KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE