1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700



FILED

NOV 18 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>USPS Priority Mail 2-Day Parcel with tracking #9405 5102 0088 1358 4000 65 addressed to "Outdoor Living Enterprises, 702 Mangrove Ave #303, Chico, CA 95926-3948 | 2:14-SW-0597-KJN<br><br>ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT<br><br>UNDER SEAL |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered unsealed.

DATED: November 12, 2014

_____
Hon. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE